# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WECARE RG, INC., GRACIE BAKED LLC, and ANDREA SCHOENBEIN d/b/a SECOND CHANCE TREASURES on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GIFTLY INC., <br><br> Defendant. | CIVIL ACTION <br><br> Case No. 2:22-cv-02672 <br><br> **PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

Raphael Janove
**POLLOCK COHEN LLP**
1617 John F. Kennedy Blvd, 20th Fl.
Philadelphia, PA 19103
(215) 667-8607

George Krebs*
Adam Pollock*
(*admitted pro hac vice)
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
GKrebs@PollockCohen.com
Adam@PollockCohen.com

*Attorneys for Plaintiffs and the
Proposed Settlement Class*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of this motion, Plaintiffs WeCare RG, Inc., Gracie Baked LLC, and Andrea Schoenbein will move this Court, before the Honorable Wendy Beetlestone, Judge of the United States District Court for the Eastern District of Pennsylvania, at the United States District Courthouse, located at 601 Market Street, Philadelphia, Pennsylvania, 19106, at a time and place to be scheduled by this Court, for an order:

(1) granting preliminary approval of the Settlement Agreement;

(2) conditionally certifying the Settlement Class solely for purposes of this Settlement Agreement, and appointing (a) WeCare RG, Inc., Gracie Baked LLC, and Andrea Schoenbein as representatives of the Class, and (b) Raphael Janove of Pollock Cohen LLP as Class Counsel for the Class;

(3) approving the forms of notice and proposal for disseminating them to Settlement Class Members, as well as deadlines to opt-out of or object to the Settlement; and

(4) scheduling a hearing pursuant to Fed. R. Civ. P. 23(e) to determine whether the proposed Settlement (a) is fair, reasonable, and adequate, and (b) should be finally approved and an appropriate judgment entered.

| | |
|---|---|
| Dated: March 30, 2023 | Respectfully Submitted,<br><br>By:    /s/ Raphael Janove<br>Raphael Janove<br>**POLLOCK COHEN LLP**<br>1617 John F. Kennedy Blvd.<br>20th Floor<br>Philadelphia, PA 19103<br>(215) 667-8607<br>Rafi@PollockCohen.com<br><br>George Krebs\*<br>Adam Pollock\*<br>(\*admitted *pro hoc vice*)<br>**POLLOCK COHEN LLP**<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>(212) 337-5361<br>GKrebs@PollockCohen.com<br>Adam@PollockCohen.com<br><br>*Attorneys for Plaintiffs and the Proposed Classes* |


Dated: March 30, 2023

Respectfully Submitted,

By:    */s/ Raphael Janove*
Raphael Janove
**POLLOCK COHEN LLP**
1617 John F. Kennedy Blvd.
20th Floor
Philadelphia, PA 19103
(215) 667-8607
Rafi@PollockCohen.com

George Krebs\*
Adam Pollock\*
(\*admitted *pro hoc vice*)
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
GKrebs@PollockCohen.com
Adam@PollockCohen.com

*Attorneys for Plaintiffs and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all the attorneys of record.

                                                     /s/ *Raphael Janove*
                                                     Raphael Janove