UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WECARE RG, INC., GRACIE BAKED LLC, and ANDREA SCHOENBEIN d/b/a SECOND CHANCE TREASURES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIFTLY INC.,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:22-cv-02672 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs WeCare RG, Inc., Gracie Baked LLC, and Andrea Schoenbein (together "Plaintiffs") will move this Court, before the Honorable Wendy Beetlestone, Judge of the United States District Court for the Eastern District of Pennsylvania, at the United States District Courthouse, located at 601 Market Street, Philadelphia, Pennsylvania, 19106, on November 14, 2023, pursuant to Fed. R. Civ. P. 23(e), for an order granting final approval of the above-captioned class action. Specifically, Plaintiffs will request that the Court enter the Order and Final Judgment granting final approval of the First Amended Settlement Agreement.

In support of this motion, Plaintiffs rely upon the accompanying Declaration of Raphael Janove, the memorandum of law in support of this motion, and a proposed form of order submitted herewith. In accordance with the terms of the April 24, 2023, First Amended Settlement Agreement, Defendant does not oppose Plaintiffs' motion.

Dated: October 10, 2023

Respectfully Submitted,

By:    */s/ Raphael Janove*
Raphael Janove
**POLLOCK COHEN LLP**
1617 John F. Kennedy Blvd.
20th Floor
Philadelphia, PA 19103
(215) 667-8607
Rafi@PollockCohen.com

George Krebs*
Adam Pollock*
(*admitted *pro hac vice*)
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
GKrebs@PollockCohen.com
Adam@PollockCohen.com

*Settlement Class Counsel*